UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SAY YAN BAOLA,

              Petitioner,

    v.

KIRSTJEN NIELSEN, et al.

              Respondent.

No. SACV 18-1109-PSG (AGR)

**JUDGMENT**

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is dismissed as moot.

DATED: 9/4/18

PHILIP S. GUTIERREZ
United States District Judge